# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 26-1707

Kellye Strickland

Appellant

v.

Nicole Rueger, in her individual and official capacities, also known as Nikki, et al.

Appellees

---

Appeal from U.S. District Court for the District of Minnesota
(0:25-cv-02056-DWF)

---

**ORDER**

Appellant's brief was due on May 27, 2026, but has not been filed. It is hereby ordered that appellant show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute.

See 8th Cir. R. 3C.

June 04, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler